In The
*Court of Appeals*
*Ninth District of Texas at Beaumont*
NO. 09-22-00164-CV
IN THE INTEREST OF B.B.C.

On Appeal from the 317th District Court
Jefferson County, Texas
Trial Cause No. F-239,508

## MEMORANDUM OPINION

On March 21, 2022, the trial court signed a judgment terminating the parental rights of G.V. to his child, B.B.C. On May 23, 2022, G.V. filed a notice of appeal. We questioned our jurisdiction but G.V. did not file a response.

An appeal is accelerated in a case where the trial court ordered termination of parental rights. *See* Tex. Fam. Code Ann. §§ 109.002, 263.405(a); *see also* Tex. R. App. P. 28.4. Accordingly, a notice of appeal is due twenty days after the trial court signs the final judgment. *See* Tex. R. App. P. 26.1(b), 28.1(b). The appellant has not shown that he filed a notice of appeal within the time authorized for perfecting an

accelerated appeal or for requesting an extension of time to file a notice of appeal. *See* Tex. R. App. P. 26.1(b), 26.3. Therefore, we dismiss the appeal for lack of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on July 13, 2022
Opinion Delivered July 14, 2022

Before Golemon, C.J., Horton and Johnson, JJ.

2